IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01330-CMA-KLM

ANTONIO BLANCO,

    Plaintiff,

v.

STERLING JEWELERS INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Sterling Jewelers Inc.'s Motion for Leave to Appear Telephonically at August 11, 2009 Scheduling/Planning Conference** [Docket No. 18; Filed July 20, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  At the date and time of the Scheduling Conference, counsel for Defendant shall contact chambers at (303) 335-2770 in order to appear telephonically.

    IT IS HEREBY **ORDERED**

Dated:  July 20, 2009